IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

NICKY PATTERSON                                              PETITIONER

V.                                              CAUSE NO. 2:11CV00174-WAP-JMV

JESSIE STREETER, ET AL.                                     RESPONDENTS

**ORDER**

Before the court is the petitioner's Motion for Additional Time Within Which to File Response Pleadings (# 10). Essentially, the petitioner seeks an order of the court allowing him ten additional days to respond to the respondents' Motion to Dismiss. For good cause shown, the motion is hereby **GRANTED**, and the petitioner shall have ten (10) days from this date to file a response to the respondents' Motion to Dismiss.

**SO ORDERED**, this the 12th day of December, 2011.


/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**