**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**NICKY PATTERSON**                                                                      **PETITIONER**

**v.**                                            **No. 2:11CV174-M-V**

**JESSIE STREETER, ET AL., ET AL.**                                 **RESPONDENTS**

**FINAL JUDGMENT**
**ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 13, 2012, was on that date duly served by mail upon the *pro se* petitioner at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED**:

    1. That the Report and Recommendation of the United States Magistrate Judge dated January 13, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

    2. That the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice as untimely filed.

    3. That this case is **CLOSED**.

    THIS, the 21st day of February, 2012.

                                                   **/s/ MICHAEL P. MILLS**
                                                   **CHIEF JUDGE**
                                                   **UNITED STATES DISTRICT COURT**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**